July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DEANA KAY COLLIER GREENFIELD, Appellant

NO. 14-13-00666-CV                    V.

ROBERT RAY GREENFIELD, RUSSEL CLARIS GREENFIELD, LEE ANN
HEISTAND, PATRICIA GREENFIELD, AND GILBERT ANTHONY
QUINTANILLA, Appellees

_____

This cause, an appeal from the judgment signed June 27, 2013 in favor of appellees Robert Ray Greenfield, Russel Claris Greenfield, Lee Ann Heistand, Patricia Greenfield, and Gilbert Anthony Quintanilla, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Deana Kay Collier Greenfield to pay all costs incurred in this appeal.

We further order this decision certified below for observance.